DAVE W. RUTHERFORD v. THE STATE.

No. 10525.    Delivered December 8, 1926.

1.—Murder—Escape of Appellant—Appeal Dismissed.

It being made known to the court that pending his appeal the appellant affected his escape from the Sheriff of Brown County and after ten days had failed to return and surrender himself, his appeal on motion of the state is dismissed. See Art. 824 C. C. P. of 1925.

Appeal from the District Court of Brown County. Tried below before the Hon. J. O. Woodward, Judge.

Appeal from a conviction of murder; penalty, life imprisonment in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

### ON MOTION TO DISMISS APPEAL.

MORROW, PRESIDING JUDGE.—The offense is murder, punishment fixed at confinement in the penitentiary for life.

It appears from the motion of state's counsel to dismiss the appeal that on November 20, 1926, the appellant, who was in custody of the Sheriff of Brown County, made his escape; that he has not returned to custody or been recaptured, but that he is still at large. These facts appear from the affidavit of Burt Hise, Sheriff of Brown County, which accompanies the motion.

It also appears that counsel for the appellant has been notified of the filing of the motion to dismiss the appeal and that no opposition to the granting of the motion has been presented.

In obedience to the statute, Art. 824, C. C. P., 1925, the appeal is ordered dismissed.

*Dismissed.*